## DAVIS *v.* MIMS.

LUMPKIN, P. J. This case turned upon two questions of fact, viz.: (1) whether or not the plaintiff took the promissory notes, upon which his action was based, with notice of the equities between the original parties; and (2) whether or not the consideration of these notes had failed. It being essential to the lawfulness of a general finding for the defendant that the first of these questions should be properly resolved in the affirmative, and there being no evidence to warrant the jury in so doing, the verdict against the plaintiff was contrary to law, and the trial judge erred in not setting it aside. *Judgment reversed. All the Justices concurring.*

Argued June 11,—Decided July 12, 1900.

Foreclosure of mortgage. Before Judge Lumpkin. Fulton superior court. January 1, 1900.

*Smith, Hammond & Smith*, for plaintiff.
*C. W. Smith* and *Fulton Colville*, for defendant.

---

## GEORGIA RAILROAD AND BANKING COMPANY *v.* POUNDS.

LITTLE, J. There being some conflict in the evidence as to whether the engineer on the locomotive, which struck and killed the cow, "exercised all ordinary and reasonable care and diligence" to prevent striking the animal, and the jury having returned a verdict in favor of the plaintiff for the proved value of the cow, there was no error committed in overruling the certiorari. *Judgment affirmed. All the Justices concurring.*

Submitted June 20,—Decided July 12, 1900.

Certiorari. Before Judge Candler. DeKalb superior court. December 12, 1899.

*Joseph B. & Bryan Cumming* and *M. A. Candler*, for plaintiff in error. *Alonzo Field*, contra.